# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESMOND KIBBY

NO. 2020 KW 1021

**DECEMBER 21, 2020**

---

In Re:    Desmond Kibby, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-00-0532.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT